Move to our last case, Jimenez v. Department of Homeland Security